IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREE McGAUGH**  PLAINTIFF

v.  No: 4:20-cv-00753 LPR-PSH

**BILL GILKEY**  DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. (Doc. 23). No objections have been filed. After a careful and *de novo* review of the Proposed Findings and Partial Recommendation and the record, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Gilkey's motion for partial summary judgment (Doc. 11) is granted, and McGaugh's claims related to TB lights, TB testing, or any other conditions of confinement are dismissed without prejudice for failure to exhaust available administrative remedies. McGaugh's other claims regarding medical and dental treatment will proceed.

Dated this 20th day of April 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE