IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREE McGAUGH**                                                                                          **PLAINTIFF**

v.                             No: 4:20-cv-00753 LPR-PSH

**BILL GILKEY**                                                                                            **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation (PFR) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 33). No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the PFR and the record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

McGaugh's failure to respond to Gilkey's discovery requests is cause for the dismissal of this case, as is his failure to comply with the Court's order compelling such responses. IT IS THEREFORE ORDERED THAT Gilkey's motion (Doc. No. 31) is granted, and this case is dismissed without prejudice.

Dated this 18th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE