IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREE McGAUGH**                                                                                    **PLAINTIFF**

v.                            No: 4:20-cv-00753 LPR-PSH

**BILL GILKEY**                                                                                         **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed this date, it is considered, ordered, and adjudged that Defendant Gilkey's motion to dismiss (Doc. No. 31) is granted and this case is dismissed without prejudice.

Dated this 18th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE